# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | Case No. 4:13cr107 |
| | § | (Judge Schell) |
| JOHN DAVID HANCOCK | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the request for revocation of Defendant's supervised release. After the District Judge referred the matter to this Court for a report and recommendation, the Court conducted a hearing on November 12, 2014, to determine whether Defendant violated his supervised release.

On October 11, 2013, Defendant was sentenced by the Honorable Richard A. Schell to ten (10) months' custody followed by one (1) year of supervised release for the offense of Use of a Communication Facility To Facilitate the Commission of a Drug Trafficking Felony. On October 21, 2013, Defendant completed his period of imprisonment and began service of his supervised term.

On September 8, 2014, the U.S. Probation Officer executed a Petition for Warrant for Offender Under Supervision. Prior to the Government putting on its case, Defendant entered a plea of true to allegations one and two. The Court recommends that Defendant's supervised release be revoked.

## RECOMMENDATION

The Court recommends that the District Judge revoke Defendant's supervised release. Pursuant to the Sentencing Reform Act of 1984, the Court recommends that Defendant be committed to the custody of the Bureau of Prisons to be imprisoned for a term of five (5) months with no supervised release to follow. It is also recommended that Defendant be housed in the Bureau of

Prisons, Fort Worth Unit.

After the Court announced the recommended sentence, Defendant executed the consent to revocation of supervised release and waiver of right to be present and speak at sentencing. Defendant and the Government also waived their right to file objections.

**SIGNED this 14th day of November, 2014.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE